454 F.2d 296
 John W. MOUNT, Plaintiff-Appellant-Cross Appellee,
v.
GULF OIL CORPORATION, Defendant-Appellee,
and
The Travelers Insurance Company, Intervenor Appellee-Cross Appellant.
 No. 28606 Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 Jan. 12, 1972.
 
 Howard L. Franques, Jr., Lafayette, La., Chester Eggleston, Sam Gainsburgh, New Orleans, La., for J. W. Mount.
 W. Eugene Davis, New Iberia, La., John A. Bernard, Davidson, Meaux, Onebane & Donohoe, Lafayette, La., for defendants-appellees.
 Before THORNBERRY, MORGAN and CLARK, Circuit Judges.
 PER CURIAM:
 
 
 1
 In light of the Supreme Court's decision in Chevron Oil Co. v. Huson, 404 U.S. 97, 92 S.Ct. 349, 30 L.Ed.2d 296 (1971), summary judgment was improper.
 
 
 2
 Vacated and remanded.
 
 
 
 *
 Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of N. Y., 431 F.2d 409. Part I (5th Cir. 1970)